IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>Thomas Addaquay | Criminal Action No.<br><br>1:20-CR-00126-LMM-JSA |

**PROPOSED ORDER**

Pending before the Court is the Defendant's Unopposed Motion to Extend Deadline to File Pretrial Motions, set for August 19, 2020, and to Continue the Pretrial Conference set for August 21, 2020, and for good cause shown, the motion is **GRANTED**. The deadline to file Pretrial Motions is now set for _____ _____, 2020, and the pretrial conference is rescheduled for _____ _____, 2020, at\_\_\_\_\_a.m./p.m., Courtroom 1875, 18th Floor, United State Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303.

**IT IS HEREBY ORDERED** that the delay between the pretrial conference date of August 19, 2020, and the rescheduled pretrial conference date of _____ _____, 2020, shall be excluded pursuant to the Speedy Trial Act calculations because the Court finds that the reason for the delay was for good cause and the interests of justice in granting the continuance outweigh the public's and the defendant's rights to a speedy trial. 18 U.S.C. 3161, et seq.

Additionally, the court finds that due to the extensive discovery in this case, it was necessary to extend the time for the defendants to file pretrial motions, and

1

accordingly, postpone the holding of the initial pretrial conference. The Court finds that the interests of justice in continuing the pretrial motions deadline and in holding the pretrial conference substantially outweigh the interests of the public and defendants in the speedy resolution of this matter, and thus the Clerk is directed to count as excludable any delay occurring in extending the motions deadline and the holding of the pretrial conference 18 U.S.C. 3161, et seq.

**IT IS SO ORDERED** this _____ day of August, 2020.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE

## Local Rule 7.1D Certificate

The undersigned hereby certifies that the foregoing has been formatted in Book Antigua font, 13 point type, which complies with the font size and point requirements of Local Rule 5.1C.

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

Respectfully submitted this 14th day of August, 2020.

/s/ Rodney Williams
Rodney Williams
Lead Counsel for Defendant
State Bar No.765415

Law Office of Rodney Williams, LLC
315 West Ponce DeLeon, Suite 915
Decatur, Georgia 30030
Notguilty@AttorneyRodneyWilliams.com

/s/Robert Daniel
Robert Daniel
Co-Counsel for Defendant
State Bar No. 204404

Law Offices of Robert Daniel, LLC
Peachtree Center-International Tower
229 Peachtree Street, N.E., Suite 1008
Atlanta, Georgia 30303
Robdaniel@RobertDaniellaw.com