IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION NO. |
| v. : | 1:20-cr-00126-LMM-JSA |
| : | |
| THOMAS ADDAQUAY, NANA : | |
| ADDAQUAY, and SACOYA LYONS, : | |
| : | |
| Defendants. : | |

## **ORDER SETTING TRIAL**

The Court hereby sets the trial date for co-defendants Thomas Addaquay, Nana Addaquay, and Sacoya Lyons to begin on **Thursday, October 21, 2021, at 9:00 AM in Courtroom 2107**, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia. The pretrial conference is set for Wednesday, October 13, 2021, at 10:00 AM in Courtroom 2107. By noon on Wednesday, September 29, 2021, the parties are to file their respective motions in limine and voir dire questions. By noon on Wednesday, September 29, 2021, the Government is to file a brief statement of facts the parties can rely on for voir dire. By noon on Wednesday, October 6, 2021, the parties are to file any objections to those items listed above. Requests to charge and verdict forms should be filed on CM/ECF and emailed to the Courtroom Deputy

Clerk in Word format by noon on Wednesday, October 20, 2021. The time from June 2, 2021, to October 21, 2021, shall be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv).

The Court requires the parties email an exhibit and witness list to the Courtroom Deputy Clerk by Wednesday, October 20, 2021.The list shall contain an identifying description of each exhibit to the right of the exhibit numbers. The list shall be double spaced with approximately 1.5 inches of space to the left of the number for court use. Additionally, the parties are required to deliver to chambers the morning of trial a tabbed exhibit notebook for the Court's use. Counsel shall comply with the Local Rules of this Court regarding exhibits. Any exhibit larger than 8 ½ x 11 will be returned to counsel pursuant to L.R.  79.1(B)(5). Within ten (10) days following the conclusion of a trial or hearing, all parties must file photographs or other appropriate reproductions of oversized and non-documentary exhibits admitted as evidence at the trial or hearing. The parties <u>must</u> provide a courtesy copy of any documents e-filed just prior to trial or on any day during the course of the trial.

Courtroom 2107 is technology equipped. Any training or trial runs regarding the courtroom technology must be scheduled in advance of trial via the Courtroom Deputy Clerk. The Court will not allow time for training or trial runs at the beginning of the trial. Any motions requesting leave to bring technology into the courtroom

must be filed prior to the pretrial conference, to allow time for proper notification to the US Marshals Service.

It is the responsibility of counsel to immediately notify the Courtroom Deputy if the defendant requires interpretive services for any court proceeding so that services can be arranged. It is the responsibility of counsel to arrange interpretive services for any witnesses needing assistance of an interpreter for any court proceeding.

**SO ORDERED** this 2nd day of June, 2021.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT COURT