IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL DOCKET CASE #: |
| | : | 1:20-CR-00126-LMM-JSA |
| THOMAS ADDAQUAY | : | |

## **MOTION TO PARTICIPATE IN VOIR DIRE**

COMES NOW, the Defendant THOMAS ADDAQUAY, by and through undersigned counsel, and requests that this court, pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure, permit his attorneys to participate in the voir dire examination in this case.

Courts repeatedly have recognized the importance of a defense attorney's participation in voir dire in order to insure the defendant a more effective jury selection process. *United States v. Libel*, 630 F.2d 389, 194-395 (5th Cir. 1980).

A defendant has a constitutional right to a fair and impartial trial. The use of peremptory challenges to select a fair and impartial jury is one of the most important rights an accused has. *Pointer v. United States*, 151 U.S. 396 (1894); *United States v. Martinez-Salazar,* 528 U.S. 304, 311 (2000). In order to insure the effectiveness of these peremptory challenges, Defendant respectfully requests that

this Court grant his request to have his attorneys participate in the voir dire examination.

Respectfully Submitted, this 4th day of September 2021.

/s/ Rodney Williams

Law Office of Rodney Williams, LLC
315 W. Ponce De Leon
Suite 956
Decatur, Georgia 30030
notguilty@attyrodneywilliams.com

/s/ Robert Daniel

Law Office of Robert Daniel, LLC
229 Peachtree Street, NE
Suite 1008
Atlanta, Georgia 30303
robdaniel@robertdaniellaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been formatted in Times Roman font, 14 point type, which complies with the font size and point requirements of Local Rule 5.1.

I served this document today by filing it using the Court's ECF filing system, which automatically notifies the parties and counsel of record.

Respectfully submitted this 4th day of September, 2021.

/s/ Rodney Williams

Law Office of Rodney Williams, LLC
315 W. Ponce De Leon
Suite 956
Decatur, Georgia 30030
notguilty@attyrodneywilliams.com


/s/ Robert Daniel

Law Office of Robert Daniel, LLC
229 Peachtree Street, NE
Suite 1008
Atlanta, Georgia 30303
robdaniel@robertdaniellaw.com